AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

United States District Court
Southern District Of Texas
FILED

MAY 10 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA
v.
BARAJAS-Perez, Ricardo

**CRIMINAL COMPLAINT**

Case Number: M-19-1054-M

IAE  YOB: 1989
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 9, 2019** in **Starr** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) Special Agent following facts:

Ricardo BARAJAS-Perez was encountered by HSI Special Agent near Roma, Texas on May 9, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on March 1, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on July 22, 2011 through Hidalgo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant
Brian Chapa           Special Agent

Sworn to before me and subscribed in my presence,
May 10, 2019     8:32 am

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer